# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** MAK DEVELOPMENT LLC
VISIK GAMING LLC

CHAPTER 7 BANKRUPTCY CASE NO: 02-40783

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LAURINDA BROADWAY<br>2376 E SUNDOWN AVE<br>SALT LAKE CITY | 1 | $360.00 | $1.85 |

Date: July 9, 2010

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5