# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund**

**DEBTOR:**  MAK DEVELOPMENT LLC
VISIK GAMING LLC

**CHAPTER 7 BANKRUPTCY CASE NO: 02-40783**

Please check one:

\_\_\_\_\_ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Laurinda Broadway<br>2376 E Sundown Ave.<br>Salt Lake City, UT 84121 | 1 | $360.00 | $ .02 |
| American Express<br>PO Box 3001<br>Malvern, PA 19355-0701 | 2 | $1947.51 | $ .10 |
| Joel E. Athmann CPA<br>1214 Millstone Court<br>Saint Cloud, MN 56302 | 4 | $10,000.00 | $ .52 |
| Mark Williams<br>1945 Linda Lane<br>St. Cloud, MN 56301 | 6 | $65,000.00 | $3.10 |
| Mark Williams<br>1945 Linda Lane | 9 | $8,000.00 | $ .41 |

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5

St. Cloud, MN  56301

Calvary Hill Group LLC            11            $43,038.36   $2.21
Mark Williams
1945 Linda Lane
St. Cloud, MN  56301

Thomas Hessman                    13            $11,000.00   $.57
13629 E Shaw Butte Dr.
Scottsdale, AZ  65259                                       6.93

Date:   January 8, 2011                /e/ Terri  A. Running
                                       Terri A. Running, Trustee

Letter -- Bankruptcy Court --
Unclaimed Dividends/Distribution
Less than $5